■ Moe Shepetin, Appellant, v. Mae Shepetin, Respondent.— Motion to dispense with the printing of exhibits denied, without costs, and without prejudice to renewal on proper papers identifying the exhibits and showing defendant's financial inability to print such exhibits. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Linda Smith, an Infant, et al., Respondents, v. Hearst Consolidated Publications, Inc., et al., Appellants.— Pursuant to stipulation, order entered June 14, 1960 dismissing appeal, is vacated; and the motion to dismiss the appeal is granted unless appellants perfect the appeal for the November 1960 Term, beginning October 31, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ Flora Vicente, Respondent, v. Vicente Fontanals et al., Appellants.— Motion by respondent to adjourn argument of appeal granted; appeal ordered on calendar for January 1961 Term. Motion by respondent to dispense with printing of brief, denied. The requisite number of copies of respondent's printed brief shall be filed and served on or before December 16, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Annabelle M. Wimbush, an Infant, by her Guardian ad Litem, Robert A. Wimbush et al., Respondents, v. John L. Hurdman, Appellant.— Motion for stay granted on condition that appellant argue or submit the appeal at the November 1960 Term, beginning Monday, October 31, for which term the appeal is ordered to be placed on the calendar. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Lillian Yablon, Respondent, v. Rubin Yablon, Appellant.— Motion for a stay pending appeal denied, without costs. Motion to dispense with printing denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.